No. 11-6325. Thomas McBarron, Petitioner v. United States.

565 U.S. 959, 132 S. Ct. 442, 181 L. Ed. 2d 287, 2011 U.S. LEXIS 7237.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-6329. Armando Contreras-Villegas, aka Armando Contreras Villegas, Petitioner v. United States.

565 U.S. 959, 132 S. Ct. 442, 181 L. Ed. 2d 287, 2011 U.S. LEXIS 7232.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 428 Fed. Appx. 362.

No. 11-6330. Bernardino Caldera-Rayos, aka Miguel Caldera-Rayos, Petitioner v. United States.

565 U.S. 959, 132 S. Ct. 442, 181 L. Ed. 2d 287, 2011 U.S. LEXIS 7224.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 430 Fed. Appx. 355.

No. 11-6333. Donald Lee Ubele, Petitioner v. United States.

565 U.S. 959, 132 S. Ct. 442, 181 L. Ed. 2d 287, 2011 U.S. LEXIS 7180.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-6334. Patrick Thelen, Petitioner v. William A. Sherrod, Warden.

565 U.S. 959, 132 S. Ct. 442, 181 L. Ed. 2d 287, 2011 U.S. LEXIS 7198.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-6337. Jaime Pantoja Carretero, aka Jaime Carretero, aka Andres Garcia, Petitioner v. United States.

565 U.S. 959, 132 S. Ct. 442, 181 L. Ed. 2d 287, 2011 U.S. LEXIS 7186.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 430 Fed. Appx. 300.

No. 11-175. Charles L. Ryan, Director, Arizona Department of Corrections, Petitioner v. Jonathan Andrew Doody.

565 U.S. 959, 132 S. Ct. 414, 181 L. Ed. 2d 287, 2011 U.S. LEXIS 7217.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Alito would grant the petition for writ of certiorari.

Same case below, 649 F.3d 986.